QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RACHEL A. BANUELOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>RACHEL A. BANUELOS,<br><br>     Defendant. | NO. 1:05-Cr-00065 AWI<br><br>STIPULATION TO CONTINUE MOTIONS HEARING/STATUS CONFERENCE AND RESET FOR CHANGE OF PLEA AND ORDER<br><br>Date: 05/09/05<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **hearing on motions/status conference in the above-entitled matter now set for May 2, 2005, may be continued to May 9, 2005, at 9:00 A.M., and reset as for change of plea.**

This continuance is requested to allow the parties time to complete negotiation of a plea agreement.

///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4  and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 27, 2005   By: /s/ Francine Zepeda with consent of
                             _____
                             MARLON COBAR
                             Assistant United States Attorney
                             Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: April 27, 2005   By: /s/ Francine Zepeda
                             FRANCINE ZEPEDA
                             Assistant Federal Defender
                             Attorneys for Defendant
                             RACHEL BANUELOS

**O R D E R**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 28, 2005**           /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing and
Reset for Change of Plea; [Proposed] Order Thereon

2