PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket No: 1:05CR00065-001 AWI** |
| ) | |
| ) | |
| **Rachel A. Banuelos** ) | |

On July 25, 2005, the above-named was placed on probation for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Melinda Peyret

**Melinda Peyret
Senior United States Probation Officer**

Dated:   1/17/2007
         Fresno, California
         mp

**REVIEWED BY:**   /s/ Bruce Vasquez
                  **BRUCE A. VASQUEZ
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    BANUELOS. Rachel A.
        Docket Number:   1:05CR00065-001 AWI
        ORDER TERMINATING PROBATION
        <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    February 5, 2007**             /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE